UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | CASE NO. **99-13370** |
| | Section "**A**" |
| **EFFICIENT SOLUTIONS, INC.** | |
| DEBTOR | CHAPTER 11 |

### OBJECTION TO CLAIM(S)

TO: The Honorable Elizabeth W. Magner, United States Bankruptcy Judge:

The undersigned, duly qualified and acting Liquidation Agent in behalf of the above named Debtor in Possession objects to the below listed claim(s) which has (have) been filed herein and as for his objection(s) alleges as follows:

| Claim # | Filed by: | Claim $ Amt. |
|---|---|---|
| 188 | Skytel Corp. | $ 33,185.36 |
| 486 | Sprinkle Electric | $ 15,000.00 |
| 527 | Stewart D. Halestead | $  1,650.00 |

Reason(s) for Objection:

The subject Claims have no supporting documentation attached to justify the amounts sought. The undersigned asserts that these Claims should be reduced to the amount(s) acknowledged in Debtor's books and records. Debtors Schedules E and F do not list any amount due to Sprinkle Electric or Stewart D. Halestead.

WHEREFORE, the undersigned liquidation agent prays that a hearing date be set, and that notice be given to the above named claimants pursuant to FRBP 3007 to show cause why:

C-188 should not be reduced to 10,657.05; and

C-486 and C-527 reduced to zero.

                                              Respectfully Submitted,

May 25, 2007                /s/ David V. Adler
                                 David V. Adler, Liquidation Agent
                                 P.O. Box 55129
                                 Metairie, LA 70055
                                 504-834-5465