IN RE: EFFICIENT SOLUTIONS, INC.
d/b/a PROVEN ALTERNATIVES

CASE NO. 99-13370 "A"
CH. 11

**EFFICIENT SOLUTIONS, INC.**
ESCROW ACCOUNT
C/O HELLER, DRAPER, HAYDEN, PATRICK & HORN, LLC
650 POYDRAS STREET, SUITE 2500
NEW ORLEANS, LA 70130-6103

1016

14-359/650

DATE: March 2, 2010

PAY TO THE ORDER OF United States Bankruptcy Court for the Eastern District of Louisiana  $8,586.64

Eight Thousand, Five Hundred Eighty-Six and 64/100----------------------------- DOLLARS

Crescent Bank & Trust
P.O. Box 61813
New Orleans, LA 70161-1813

FOR Case Number: 99-13370
Document Number: 1797

⑆001016⑆ ⑈065003592⑈ 2580116200 ⑆

3/3/10
DEPOSITED $8,586.64 TO TREASURY UNCLAIMED.
DUE: SEE MOTION (PL. 1778)

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 226818    - KW
* * C O P Y * *
March 03, 2010
09:49:20

TREASURY REGFUND
99-13370

Debtor.: EFFICIENT SOLUTIONS, INC.
Amount.:            $8,586.64 CH
Check#.: 1016

Total->  $8,586.64

FROM: EFFICIENT SOLUTIONS