IN RE: EFFICIENT SOLUTIONS                              CASE NO. 99-13370

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

11582
60-249 / 433

DAVID V. ADLER, CHAPTER 11
P.O. BOX 55129, METAIRIE, LA 70055

VOID AFTER 90 DAYS

Regarding                                    TID # 380021

EFFICIENT SOLUTIONS, INC. (99-13370 A) PHONE:( ) -
000882404868

Date    05/05/2010

UNCLAIMED FUNDS

$ **********88.14

~~~Eighty-Eight Dollars and 14/100

Pay to the Order of   CLERK, US BANKRUPTCY COURT
500 POYDRAS ST., ROOM B-601
NEW ORLEANS LA 70130-3386

*David V. Adler* (signature)

DAVID V. ADLER, CHAPTER 11 LIQUIDATION AGENT

⑈330 2493⑈: 9 2000 88 2404868⑈⑈

5/7/10

DEPOSITED TO TREASURY - UNCLAIMED

DUE: SEE LETTER

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227094    - KW
* * C O P Y * *
May 07, 2010
14:54:32

TREASURY REGFUND
~~99-13390~~ 99-13370
Debtor.: ~~KEVIN P. DEUBLER~~ EFFICIENT SOLUTIONS
Trustee: Aaron Caillouet
Amount.:              $88.14 CH
Check#.: 11582

Total->   $88.14

FROM: ADLER

**David V. Adler,**
Chap 11 Liquidation Agent
P.O. Box 55129
Metairie, LA 70055
504-834-5465
832-5130 (fax)

May 5, 2010

Ms. R. Marla Hamilton
Clerk of Court
U. S. Bankruptcy Court
500 Poydras St., Rm. B-601
New Orleans, LA 70130

Re: **Efficient Solutions, Inc.**
    Case No. **99-~~13390~~** /3370

Dear Ms. Hamilton,

   Pursuant to an order of the Court (P-1792) please find the enclosed check (#11582) which represents unclaimed funds of this estate for which attempted payments were made and distributions were outstanding in excess of 90 days. Please deposit these funds into the Court's **Unclaimed Funds Account**.

   This sum represents payment on claims previously sent to the 14 parties listed on the attached "*Outstanding Checks Report*".

                           Sincerely Yours,

                           *David V. Adler*

                           David V. Adler, Liquidation Agent

Enclosure: chk. No. 11582, $88.14.

| | | | | | | |
|---|---|---|---|---|---|---|
| Printed: 04/19/10 12:37 PM | | | **Outstanding Checks Report** | | | Page: 1 |
| | | | Trustee: DAVID V. ADLER, CHAPTER 11 LIQUIDATION AGENT ( 380021 ) | | | |
| | | | Period End: 04/19/10 | | | |

| Case # | Account # | Check # | Issued | Paid / Stopped | Paid to | Amount |
|---|---|---|---|---|---|---|
| 99-13370 | 312882404868 | 1311 | 11/13/09 | | COMFORT SYSTEMS | 3.06 |
| | | 1323 | 11/13/09 | | SINGER SHEET METAL | 2.85 |
| | | 1335 | 11/13/09 | | M. & A. MACHINING | 1.15 |
| | | 1392 | 11/13/09 | | JACKMAN ELECTRICAL CONTRACTORS | 4.71 |
| | | 1416 | 11/13/09 | | GOODSON, ROBERT H | 3.16 |
| | | 1417 | 11/13/09 | | MANPOWER INTERNATIONAL | 7.03 |
| | | 1444 | 11/13/09 | | ORACLE CORP | 47.76 |
| | | 1449 | 11/13/09 | | PHILLIPS ELECTRIC | 5.42 |
| | | X 1452 | 11/13/09 | | AUTOMOTIVE RENTALS, INC. | 264.23 * |
| | | 1468 | 11/13/09 | | CALLAHAN SERVICE | 1.66 |
| | | 1487 | 11/13/09 | | KING JAMES OFFICE PARK | 1.54 |
| | | 1488 | 11/13/09 | | KIVETT'S ELECTRICAL | 1.00 |
| | | 1516 | 11/13/09 | | THE CAPITAL REFRIGERATION CO. | 2.09 |
| | | 1528 | 01/21/10 | | CLIFTON ELECTRICAL | 5.14 |
| | | 1572 | 01/21/10 | | BIG TRAVEL | 1.57 |

**Total Number of Outstanding Checks:** 15        352.37

⟨ 264.23 ⟩
88.14

* Voided, re-issued, and cashed.